# United States District Court
## Southern District of Georgia

SABRINA BOSWELL, et al.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV115-165

BONNAROO RESTAURANT GROUP II,
L.P. and HEILAN PAYROLL, LLC,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of February 26, 2016, Judgment is entered against the Defendant's, jointly and severally, in favor of the following Plaintiffs: Sabrina Boswell, $895.40; Marcus Fields, $6,089.68; Jeremy Lacey, $2,360.40; Emily Schiffner, $868.77; Colby Wilson, $1,639.09; for a total of $11,853.34. The parties, through the Offer of Judgment and Response, have agreed to reserve the issues of interest, attorneys' fees, costs, and expenses for a later date in accordance with the FLSA.

February 26, 2016  
*Date*

Scott L. Poff  
*Clerk*

*(By) Deputy Clerk*